# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

HOPE JONES

ROBIN MUMMERT,
COLLECTIVELY

**Plaintiff(s),**

v.

KFC CORPORATION

**Defendant(s).**

FILED

JUL - 3 2007

U.S. DISTRICT COURT
WHEELING, WV 26003

(CIVIL)(CRIMINAL) NO: 3:07CV74

# ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of DIANA L. HOOVER, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: 7-2-2007

_____
United States District Judge