# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Hope Jones and Robin Mummert, collectively

**Plaintiff(s),**

v.  (CIVIL)(CRIMINAL) NO: 3:07CV74

KFC Corporation

**Defendant(s).**

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Donald H. Nichols, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: 7-12-2007

_____
United States District Judge