# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**FILED**
AUG - 8 2007
U.S. DISTRICT COURT
WHEELING, WV 26003

Hope Jones and Robin Mummert, et al.

**Plaintiff(s),**

v.  (CIVIL)(CRIMINAL) NO: 3:07-CV-00074

KFC Corporation

**Defendant(s).**

# ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Robert P. Davis, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: 8-8-2007

_____
United States District Judge