IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**HOPE JONES AND ROBIN
MUMMERT, COLLECTIVELY,**

      Plaintiffs,

v.                                           **CIVIL ACTION NO. 3:07-CV-74
(BAILEY)**

**KFC CORPORATION,**

      Defendant.

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

On this day, the above-styled matter came before the Court for consideration of the plaintiffs' Motion to Withdraw as Counsel [Doc. 28]. Upon review of the plaintiffs' motion, it is the opinion of this Court that the motion [Doc. 28] should be, and is, hereby **GRANTED**.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED:** August 14, 2007.

*[signature]*
JOHN PRESTON BAILEY
UNITED STATED DISTRICT JUDGE